UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CARPENTERS' DISTRICT COUNCIL OF GREATER ST. LOUIS AND VICINITY, et al., </br></br>Plaintiffs,</br></br>v.</br></br>CEDAR RIDGE BUILDERS, LLC,</br></br>Defendant. | Case No. 4:11CV1060-HEA |

## JUDGMENT

Plaintiffs filed this action on June 13, 2011 to recover from defendant Cedar Ridge Builders, LLC delinquent fringe benefit contributions, liquidated damages, and interest owed to the plaintiff benefit funds pursuant to the Employee Retirement Income Security Act, 29 U.S.C. §1132(g)(2) ("ERISA") and pursuant to the Labor Management Relations Act, 29 U.S.C. §185 ("LMRA"). Defendant has not appeared, and plaintiffs move for default judgment, submitting in support of their motion the affidavits of Juli Laramie and Greg A. Campbell.

Under ERISA, 29 U.S.C. §1132(g)(2) and §1145, and under the applicable collective bargaining agreement, defendant Cedar Ridge Builders, LLC owes $16,589.37 in delinquent fringe benefit contributions, $3,317.87 in liquidated damages, and $1,538.23 in interest. The collective bargaining agreements and ERISA, 29 U.S.C. §1132(g)(2), also require defendants to pay plaintiffs' attorneys' fees and costs. Plaintiffs incurred $502.00 in attorneys' fees, and $726.28 in court costs. Based on the evidence presented, the Court finds that the services performed by plaintiffs' attorneys were reasonable and necessary to the litigation of this case, that the rates charged were reasonable,

and that the amount sought for attorneys' fees is reasonable. The total amount owed by defendant to plaintiffs is $22,673.76.

IT IS HEREBY ORDERED that plaintiffs' motion for default judgment is granted.

IT IS HEREBY ORDERED that the Court shall enter judgment by default in favor of plaintiffs and against defendant Cedar Ridge Builders, LLC in the amount of $22,673.76.

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

Dated this 28th day of September, 2011.